UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED 20 SEP '11 16:14 USDC-ORP

UNITED STATES OF AMERICA,

Plaintiff,

v.

MILES J. JULISON,

Defendant.

Case No: 3:11-cr-378-SI

**INDICTMENT**

18 U.S.C. § 287
(False Claim Against The United States)

THE GRAND JURY CHARGES:

**COUNT ONE**
(False Claim Against The United States, 18 U.S.C. § 287)

On or about July 16, 2008, within the District of Oregon, defendant **MILES J. JULISON** knowingly made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $411,773, which he then and there knew to be false, fictitious, and fraudulent. Defendant **MILES J. JULISON** made the claim by preparing and causing to be prepared, and by electronically filing and causing to be electronically filed with the Internal Revenue Service, a 2007 U.S. Individual Income Tax Return, Form 1040, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

## COUNT TWO
(False Claim Against The United States)

On or about January 31, 2009, within the District of Oregon, defendant **MILES J. JULISON** knowingly made and presented to the United States Treasury Department a claim against the United States for payment of a refund of taxes in the amount of $1,542,844, which he then and there knew to be false, fictitious, and fraudulent. Defendant **MILES J. JULISON** made the claim by preparing and causing to be prepared, and by electronically filing and causing to be electronically filed with the Internal Revenue Service, a 2008 U.S. Individual Income Tax Return, Form 1040, which was presented to the United States Treasury Department, through the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 287.

Dated this 20th day of September, 2011.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon

*Seth D. Uram*
_____
**SETH D. URAM**
Assistant United States Attorney

Page 2 - INDICTMENT                                    -2-